**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kayla M. Irick and Brian P. Waddell, Defendants,

Of whom Kayla M. Irick is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2024-001307

―――――――――

Appeal From Orangeburg County
Gerald C. Smoak, Jr., Family Court Judge

―――――――――

Unpublished Opinion No. 2025-UP-060
Submitted February 11, 2025 – Filed February 18, 2025

―――――――――

**AFFIRMED**

―――――――――

Nancy Carol Fennell, of Irmo, for Appellant.

Sally C. Dey, of South Carolina Department of Social Services, of North Charleston, for Respondent.

Jerrod Austin Anderson, of Orangeburg, for the Guardian ad Litem.

**PER CURIAM:**  Kayla M. Irick appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**KONDUROS, MCDONALD, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.